UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MOHABAT KHAN<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*[signature]*<br><br>Civil Action No.<br>CASE NUMBER: 105CV1010<br>JUDGE: RICHARD J. LEON<br>DECK TYPE: HABEAS CORPUS/2255<br>DATE: MAY 19 2005 |

**PETITION FOR WRIT OF HABEAS CORPUS**

Date: 22 Mar 05

PETITIONER: Mohabat Khan (Mohabat spelled Mohabet on his ID card)

From: Gardaiz, Afghanistan

A man in our area named Samut was a powerful man with a lot of connections. He hired me as a driver. I worked for him for two days. I didn't like the atmosphere of his work and I ran away. He sent his men after me. They forcefully took me to him. He beat me up and as a result he broke my arm and warned me to stay there as long as he wanted. I am a poor man and I was minor. I agreed to stay there. Since he was a famous thief and he had enemies he gave me a rifle for my own protection. I was working on his honeybee project when the Americans raided his place. They arrested me and for the last two years they are asking me what was my relation with Samut. If this is the crime I consider myself innocent. I haven't done any unlawful activities and I was arrested for no reason. I want justice.

NOTE: This is not an official translation.

05 1010

FILED
MAY 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ISN 909

PETITIONER: (DETAINEE'S NAME)

زه خانوم محبت خان ترہ درشنا نشان درگردیز خوږم

یو سی سپوت نو میده او د اس بی یولوی غل او نږ ورور سی پارو حفت ما ته د سوتر وان په حک کښی ھتر روکړہ ن ه ږوو درځ ورته کار و کوم ے د کار او بښښ ما ته خوښی نسټو ن بیر ته خښ کړ ته لا رم سپوت خپله کسان و لیښل را ما ته په ږورہ سپوت ته بو تل حفت ما دیر و وحلی او راستووی چم سیا کو رته لار رسی او ز ما لاس ته می ما ټی کړہ . زہ ترپه سی ی وم ن ما زور حفت ته میر اپرنه وو ، چورحنت پاته شم . سپوت ما ته سووته بکی راکړہ چم خښ حفت ظت وبارہ وسیم ن ه د حقری رحمی مرمی شاتل ته موطفن ویم . امریلا پا ن چم ما ته ونوله ن سا فځ د اسپښته و کړہ چم نه ه شپوت سره و څر رتباط لرم ، او د کنہوت د حبس دورں د خاطر نه میږی شم ، ز لا سیری تو ب قانون نزل ما جینح خفون د قانون تری کری اوز نه پی حپیت دلتہ سټی یم نه عدالت غودرم