UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHABAT KHAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1010 (RJL) |
| ) | |
| GEORGE W. BUSH, President of ) | |
| the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

Upon consideration of respondents' Motion to Stay Proceedings Pending Related Appeals and For Continued Coordination, any opposition and reply thereto, and the entire record herein, it is, this 26th day of July, 2005, hereby

**ORDERED** that the Motion [#2] is **GRANTED**; and it is further

**ORDERED** that the above-captioned matter is stayed pending resolution of all appeals in *Khalid, et al. v. Bush*, No. 04-CV-1142 (RJL), and *Boumediene v. Bush*, No. 04-CV-1166 (RJL), *see* D.C. Circuit Nos. 05-5062, 05-5063, and in the *In re Guantanamo Bay Detainee Cases*, No. 02-CV-0299, *et al.*, *see* D.C. Circuit No. 05-5064.

SO ORDERED.



RICHARD J. LEON
United States District Judge

