AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER  05-cv-01010 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Shereen J. Charlick__ as counsel in this
(Attorney's Name)

case for: __Mohabat Khan__
(Name of party or parties)

__11/2/05__
Date

__Signature__

Shereen J. Charlick
Print Name

California Bar No. 147533
BAR IDENTIFICATION

225 Broadway, Suite 900
Address

San Diego, CA  92101
City        State        Zip Code

619-234-8467
Phone Number