IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**(HONORABLE RICHARD J. LEON)**

| | | |
|---|---|---|
| MOHABAT KHAN, | ) | Civil Action Nos.   05-CV-1010-RJL |
| Petitioners, | ) | |
| v. | ) | NOTICE OF MOTION AND MOTION FOR AN ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL WITH ADVANCE NOTICE OF ANY REMOVAL FROM GUANTANAMO |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents. | ) | |

PROPOSED ORDER

The Court, having considered Petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo,

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that Respondent shall not remove Petitioners from Guantánamo to a foreign territory without providing counsel and the Court 30-days' advance notice.

Dated: _____

**RICHARD J. LEON**
United States District Judge