IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMAD AKHTIAR,**<br>   Petitioners,<br><br>   *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br>   Respondents. | )<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

PROPOSED ORDER

The Court, having considered Petitioner's Motion for Preservation Order and any response and reply thereto, determines that Petitioner has demonstrated that an order should be issued requiring Respondents to preserve and maintain the information Petitoner seeks. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that Respondent shall preserve and maintain all evidence, documents, and information regarding the Petitioner now being held in military custody at Guantanamo Bay as well as all other evidence, documents, and information relating to any other detainees related to or involved in Petitioner's case.

**IT IS SO ORDERED.**

Dated: _____

_____
**RICHARD J. LEON**
United States District Judge