IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHABAT KHAN,**<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba<br>　　　　Petitioner<br><br>　　v.<br><br>**GEORGE W. BUSH**<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Avenue, N.W.<br>　　Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301;<br><br>**ARMY COL. BRICE GYURISKO**<br>　　Army Col. Commander, Joint Detention<br>　　Operations Group, JTF-GTMO; and<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>　　Commander, Joint Task Force - GTMO<br><br>　　　　Respondents. | CIVIL ACTION<br><br>No: 05-cv-01010<br><br>JUDGE RICHARD J. LEON |

## MOTION FOR PRESERVATION ORDER

Petitioner Mohabat Khan ("Petitioner") by and through counsel, requests this Court to order the Respondents to preserve and maintain all evidence, documents, and information regarding the Petitioner now being held in military custody at the United States Naval Station at Guantanamo Bay, Cuba ("Guantanamo"), as well as all evidence, documents and information relating to any other detainees related to or involved in Petitioner's case.

      As set forth more fully in the supporting Memorandum of Law accompanying this motion, six judges of this District, when faced with similar motions in Guantanamo detainee cases, have either issued preservation orders or held that the Respondents were already subject to prior presrvation orders covering the same evidence.  Petitioner's counsel has asked counsel for Respondents to agree to a preservation order, but this request was declined on _____.  Here, Petitioner satisfies the applicable standards for entry of a preservation order because the order is necessary for the adjudication of Petitioner's claims, and a preservation order would not impose an undue burden on Respondents.  Counsel for Petitioner discussed this motion with counsel for Respondents, and counsel for Respondents confirmed in a letter dated _____ that Respondents object to this motion.

      For the reasons stated above, and as more fully explained in the accompanying Memorandum of Law, Petitioner's Motion for Preservation Order should be granted.

Dated:  December 5, 2005.

                                                                Respectfully submitted,

                                                    /s/ Shereen Joy Charlick
                                                    /s/ Stephen D. Demik
                                                    Shereen Joy Charlick (Cal Bar No. 147533)
                                                    Stephen D. Demik (Cal. Bar No. 221167)
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, California 92101-5008
                                                    Telephone: (619) 234-8467

                                                    Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I, Marie Acuna, certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
>
> United States Attorney General
>
> United States Department of Justice
>
> 950 Pennsylvania Avenue, N.W.
>
> Washington, D.C. 20530-0001
>
>
> The Honorable Kenneth L. Wainstein
>
> United States Attorney for the District of Columbia
>
> 555 4th Street, N.W.
>
> Washington, D.C. 20530
>
>
> Terry Marcus Henry, Esq., Senior Trial Attorney
>
> U.S. Department of Justice
>
> P.O. Box 883
>
> 20 Massachusetts Ave., NW, Suite 7144
>
> Washington, DC 20044

This 5th day of December, 2005.

                                               /s/ Marie Acuna

                                               Marie Acuna