# Exhibit A

- Iraq detainee abus...                                                                    Page 1

b6 -1
b7C -1

**URGENT REPORT**

DATE: JUNE 25, 2004

TO: THE DIRECTOR

CC: Deputy Director Bruce J. Gebhardt
    EAD Cassandra Chandler
    EAD John Pistole
    AD Grant Ashley
    AD Gary Bald
    SC Arthur Cummings

b6 -1
b7C -1
    UC
    SSA
    CT Watch
    SIOC

FROM: SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard    b2 -1
                                                          (Main Office)
                                                                         b2 -1
PREPARER OF URGENT REPORT: SSA                                           b6 -1
                                                                         b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM AN INDIVIDUAL [           ] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES IN [     ] IRAQ DURING THE PERIOD OF [          ] IT IS BEING FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS TO THE DIRECTOR.

b7A -1
b6 -1,3
b7C -1,3
b7D -1

SUBJECT: PRELIMINARY STATEMENTS MADE BY [                    ] [          ] TO SACRAMENTO SPECIAL AGENTS [                    ] AND [          ]

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

[                    ] was advised that the Sacramento Field Office was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses

Page 2

b6 -1
b7C -1

## URGENT REPORT

[redacted] came into the Sacramento Field Office and provided the following:

b7A -1
b6 -3
b7C -3
b7D -1

[redacted]

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted]

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

Iraqi detainee abuses

b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

**URGENT REPORT**

The Sacramento Division is continuing to interview and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

Page 3

DETAINEES-1611

1611

4912