# Exhibit A



- Iraqi detainee abus Page 1

b6 -1
b7C -1

URGENT REPORT

DATE: JUNE 25, 2004

TO: THE DIRECTOR

CC: Deputy Director Bruce J. Gebhardt
EAD Cassandra Chandler
EAD John Pistole
AD Grant Ashley
AD Gary Bald
SC Arthur Cummings
[redacted]
UC [redacted]
SSA [redacted]
CT Watch
SIOC

b6 -1
b7C -1

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED DATE 11-04-2004

FROM: SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard [redacted] (Main Office) b2 -1

PREPARER OF URGENT REPORT: SSA [redacted]

b2 -1
b6 -1
b7C -1

PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM AN INDIVIDUAL [redacted] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES IN [redacted] IRAQ DURING THE PERIOD OF [redacted] IT IS BEING FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS TO THE DIRECTOR.

b7A -1
b6 -3
b7C -3
b7D -1

SUBJECT: PRELIMINARY STATEMENTS MADE BY [redacted] TO SACRAMENTO SPECIAL AGENTS [redacted] AND [redacted]

b7A -1
b6 -1,3
b7C -1,3
b7D -1

DESCRIPTION OF MATTER:

[redacted]

b7A -1
b6 -5
b7C -5

[redacted] was advised that the Sacramento Field Office was not aware of any such report.

DETAINEES-1609

1609

4910



Iraqi detainee abuses

Page 2

b6 -1
b7C -1

URGENT REPORT

came into the Sacramento Field Office and provided the following:

b7A -1
b6 -3
b7C -3
b7D -1

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations.

b7A -1
b6 -3,4
b7C -3,4
b7D -1

was providing this information to the FBI based on his knowledge that were engaged in a cover-up of these abuses. He stated these cover-up efforts included

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610





b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

URGENT REPORT

The Sacramento Division is continuing to interview [redacted] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1