# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHABAT KHAN,** ) <br> Guantánamo Bay Naval Station, ) <br> Guantánamo Bay, Cuba ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH** ) <br>     President of the United States ) <br>     The White House ) <br>     1600 Pennsylvania Avenue, N.W. ) <br>     Washington, D.C. 20500; ) <br> ) <br> **DONALD RUMSFELD** ) <br>     Secretary, United States ) <br>     Department of Defense ) <br>     1000 Defense Pentagon ) <br>     Washington, D.C. 20301; ) <br> ) <br> **ARMY BRIG. GEN. JAY HOOD** ) <br>     Commander, Joint Task Force - GTMO ) <br>     JTF-GTMO ) <br>     APO AE 09360; and ) <br> ) <br> **ARMY COL. MIKE BUMGARNER** ) <br>     Commander, Joint Detention ) <br>     Operations Group, JTF - GTMO ) <br>     JTF-GTMO ) <br>     APO AE 09360 ) <br>         Respondents. ) <br> ) | UNOPPOSED MOTION FOR <br> ENLARGEMENT OF TIME <br> TO FILE REPLY TO <br> OPPOSITION <br><br> Civil Case No. **05-CV-01010 (RJL**) <br><br> JUDGE RICHARD J. LEON |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Petitioner Mohabat Khan, through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time in which to file a reply to the Respondents' Opposition to his Motion for an Order Requiring Respondents to Provide Counsel with Advance

Notice of Any Removal from Guantánamo Bay Naval Base. In support of his motion, counsel for Petitioner states as follows:

    Undersigned counsel require an additional week within which to file a reply to the government's opposition. The opposition raised factual and legal matters which counsel, who are new to this case and to this area of law in general need additional time to research. Undersigned counsel also require this time to consult with similarly-situated counsel who have also been appointed to see how these issues have been handled in related cases. Finally, undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads. Counsel anticipates filing a reply to the Respondents' Opposition to their Motion for an Order Requiring Advance Notice of Any Removal from Guantánamo Naval Base, but will be unable to finish within the five-calendar days allotted under Local Civil Rule 7(d). Counsel also contacted counsel for the Respondents, and has not received any objection to this request. Therefore, counsel for Petitioner Mohabat Khan requests an enlargement of time in which to file his reply.

    WHEREFORE, for the foregoing reasons, Mr. Khan, by and through counsel, asks this Honorable Court to grant his Motion for Enlargement of Time.

    Respectfully submitted,

    /s/

**STEPHEN D. DEMIK**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 685-3707

## CERTIFICATE OF SERVICE

I, Stephen D. Demik, hereby certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C.  20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C.  20530
>
> Terry Marcus Henry, Esq., Senior Trial Attorney
> U.S. Department of Justice
> P.O. Box 883
> 20 Massachusetts Ave., NW, Suite 7144
> Washington, DC 20044

This 15th day of December, 2005.

> /s/
> ―――――――――――――――――
> Stephen D. Demik
> Counsel for Petitioner