IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHABAT KHAN,<br>  Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-01010 (RJL) |

**ORDER**

Upon consideration of defendant's Motion for Enlargement of Time, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Petitioner's reply to the Respondents' Opposition to Motion for an Order Requiring Respondents to Provide Counsel with Advance Notice of Any Removal from Guantánamo Bay Naval Base shall be filed by no later than December 27, 2005.

**SO ORDERED**, this _____ day of _____, 2005.

_____
**RICHARD J. LEON**
UNITED STATES DISTRICT JUDGE