IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHABAT KHAN,** ) <br> Guantánamo Bay Naval Station, ) <br> Guantánamo Bay, Cuba ) <br>  ) <br> Petitioner, ) <br>  ) <br> v. ) <br>  ) Civil Case No. **05-CV-01010 (RJL)** <br> **GEORGE W. BUSH** ) <br> President of the United States ) <br> The White House ) JUDGE RICHARD J. LEON <br> 1600 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20500; ) <br>  ) <br> **DONALD RUMSFELD** ) <br> Secretary, United States ) UNOPPOSED MOTION FOR <br> Department of Defense ) ENLARGEMENT OF TIME <br> 1000 Defense Pentagon ) TO FILE REPLY TO <br> Washington, D.C. 20301; ) OPPOSITION <br>  ) <br> **ARMY BRIG. GEN. JAY HOOD** ) <br> Commander, Joint Task Force - GTMO ) <br> JTF-GTMO ) <br> APO AE 09360; and ) <br>  ) <br> **ARMY COL. MIKE BUMGARNER** ) <br> Commander, Joint Detention ) <br> Operations Group, JTF - GTMO ) <br> JTF-GTMO ) <br> APO AE 09360 ) <br> Respondents. ) <br>  ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Petitioner Mohabat Khan, through undersigned counsel, respectfully moves this

1

Honorable Court for an enlargement of time in which to file the Reply to the Respondents' Opposition to his Motion for an Order Requiring Respondents to Preserve Evidence. In support of his motion, counsel for Petitioner states as follows:

1. Undersigned counsel require an additional thirty (30) days within which to file a reply to the government's opposition.

2. The opposition raised factual and legal matters which counsel, who are new to this case and to this area of law in general need additional time to research.

3. Undersigned counsel also require this time to consult with similarly-situated counsel who have also been appointed to see how these issues have been handled in related cases.

4. Finally, undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads.

5. Counsel anticipates filing their Reply to the Respondents' Opposition to their Motion for an Order Requiring the Preservation of Evidence, but will be unable to finish within the five-calendar days allotted under Local Civil Rule 7(d). That period ends tomorrow, January 4, 2006.

6. Counsel also contacted Andrew Warden, counsel for the Respondents, and has not received any objection to this request.

Therefore, counsel for Petitioner Mohabat Khan requests an enlargement of time in which to file his Reply.

WHEREFORE, for the foregoing reasons, Mr. Khan, by and through counsel, asks this Honorable Court to grant his Motion for Enlargement of Time.

Respectfully submitted,

/s/
**STEPHEN D. DEMIK**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 685-3707

## CERTIFICATE OF SERVICE

I, Stephen D. Demik, hereby certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

The Honorable Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

The Honorable Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Terry Marcus Henry, Esq., Senior Trial Attorney
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., NW, Suite 7144
Washington, DC 20044


This 3rd day of January, 2006.

    /s/_____
    Stephen D. Demik
    Counsel for Petitioner