IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHABAT KHAN,<br>　Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>　Respondents. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-CV-01010 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Petitioner's Motion for Enlargement of Time, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Petitioner's Reply to the Respondents' Opposition to Motion for an Order Requiring Preservation of Evidence shall be filed by no later than February 3, 2006.

**SO ORDERED**, this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**RICHARD J. LEON**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE