IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHABAT KHAN,** ) | |
| Guantánamo Bay Naval Station, ) | |
| Guantánamo Bay, Cuba ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Case No. **05-CV-01010 (RJL**) |
| **GEORGE W. BUSH** ) | |
| President of the United States ) | |
| The White House ) | JUDGE RICHARD J. LEON |
| 1600 Pennsylvania Avenue, N.W. ) | |
| Washington, D.C. 20500; ) | |
| ) | |
| **DONALD RUMSFELD** ) | |
| Secretary, United States ) | UNOPPOSED MOTION FOR |
| Department of Defense ) | ENLARGEMENT OF TIME |
| 1000 Defense Pentagon ) | TO FILE REPLY TO |
| Washington, D.C. 20301; ) | OPPOSITION |
| ) | |
| **ARMY BRIG. GEN. JAY HOOD** ) | |
| Commander, Joint Task Force - GTMO ) | |
| JTF-GTMO ) | |
| APO AE 09360; and ) | |
| ) | |
| **ARMY COL. MIKE BUMGARNER** ) | |
| Commander, Joint Detention ) | |
| Operations Group, JTF - GTMO ) | |
| JTF-GTMO ) | |
| APO AE 09360 ) | |
| Respondents. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Petitioner Mohabat Khan, through undersigned counsel, respectfully moves this

Honorable Court for an enlargement of time in which to file the Reply to the Respondents' Opposition to his Motion Seeking Entry of the Protective Order. In support of his motion, counsel for Petitioner states as follows:

    1. Undersigned counsel require an additional thirty (30) days within which to file a reply to the government's opposition.

    2. The opposition raises issues which are presently pending in other similarly-situated cases and undersigned are ascertaining how those issues were resolved in those cases which is taking a bit more time than anticipated.

    3. Undersigned counsel is also drafting an appellate opening brief in *United States v. Rosa Lopez*, 03cr1718- BTM which is due on Thursday, March 16, 2006 which involves a sentencing/designation issue of first impression in this Circuit.

    4. Undersigned counsel also was occupied preparing for an appellate oral argument before the Ninth Circuit Court of Appeals which took place on March 8, 2006.

    5. Further, counsel has to travel out of district to handle a court hearing in the Southern District of Florida on Friday, March 17, 2006 in *United States v. Weir*, No. 04-60211 Cr-Cooke.

    6. Counsel anticipates filing their Reply to the Respondents' Opposition to their Motion Seeking Entry of the Protective Order, but will be unable to finish within the five-calendar days allotted under Local Civil Rule 7(d).

    7. Counsel also contacted Andrew Warden, counsel for the Respondents, and has not received any objection to this request.

Therefore, counsel for Petitioner Mohabat Khan requests an enlargement of time in which to file his Reply.

WHEREFORE, for the foregoing reasons, Mr. Khan, by and through counsel, asks this Honorable Court to grant his Motion for Enlargement of Time.

Respectfully submitted,

/s/
**SHEREEN J. CHARLICK (CA147533)**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 685-3707

## CERTIFICATE OF SERVICE

      I, Shereen J. Charlick, hereby certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

The Honorable Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

The Honorable Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Terry Marcus Henry, Esq., Senior Trial Attorney
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., NW, Suite 7144
Washington, DC 20044


March 13, 2006

                                              /s/_____
                                              SHEREEN J. CHARLICK
                                              Counsel for Petitioner