IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHABAT KHAN**, | ) |
| Petitioner, | ) |
| v. | ) Civil Case No. 05-CV-1010-RJL |
| **GEORGE W. BUSH**, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**(PROPOSED) ORDER SETTING A STATUS CONFERENCE**

Petitioner Mohabat Khan having moved this Court for an Order setting a status conference in the above-captioned matter;

**IT IS HEREBY ORDERED** that a pretrial conference in the above-captioned matter will be held on the _____ day of _____ at _____ o'clock _____.m.

DATED this _____ day of _____, 2006.

_____
**RICHARD J. LEON**
District Court Judge