IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**MOHABAT KHAN**,                   )
Guantánamo Bay Naval Station,       )
Guantánamo Bay, Cuba                )   UNOPPOSED MOTION FOR
       Petitioner              )   ENLARGEMENT OF TIME
                                    )   TO FILE REPLY TO OPPOSITION
       v.                      )
                                    )   Civil Case No:  05-cv-01010 (RJL)
**GEORGE W. BUSH**                  )
    President of the United States )
    The White House                )   JUDGE RICHARD J. LEON
    1600 Pennsylvania Avenue, N.W. )
    Washington, D.C. 20500;        )
                                    )
**DONALD RUMSFELD**                 )
    Secretary, United States      )
    Department of Defense         )
    1000 Defense Pentagon         )
    Washington, D.C. 20301;       )
                                    )
**ARMY COL. BRICE GYURISKO**        )
    Army Col. Commander, Joint Detention  )
    Operations Group, JTF-GTMO; and )
                                    )
**ARMY BRIG. GEN. JAY HOOD**        )
    Commander, Joint Task Force - GTMO )
                                    )
       Respondents             )
_____)

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Petitioner Mohabat Khan, through undersigned counsel, respectfully moves this Court for a twenty-one day enlargement of time in which to file a reply to the Respondents' Motion for Procedures and Notice Regarding Jurisdiction. In support of his motion, counsel for Petitioner states as follows:

Undersigned counsel require an additional three weeks within which to file a reply to the government's opposition. The government's actions as set forth in their motions for procedures are extraordinary and extraordinarily serious. Undersigned are researching whether the terms of the Geneva Convention and the United States Code of Military Justice governing court martials, both of which apply to these proceedings under *Hamdan v. Rumsfeld*, 126 S. Ct. 2749 (2006), cover attorney-client relationships and communication.

The issues, presented in Respondent's motions are unique issues and while the undersigned appreciates the importance of a quick response, we cannot properly investigate and research these points in the time allotted.

Finally, we were awaiting also the outcome of a court-ordered mediation which we believed would result in a consolidated briefing schedule. Apparently, the mediation did not have such a result.

Undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads. Counsel anticipates filing an opposition to the Respondents' Motion for Procedures and Notice Regarding Jurisdiction by August 11, 2006. Counsel also contacted counsel for the Respondents, and has not received a response to this request. Therefore, counsel for Petitioner requests an enlargement of time in which to file his opposition.

WHEREFORE, for the foregoing reasons, Mr. Khan, by and through counsel, asks this Court to grant his Motion for Enlargement of Time.

Dated:  July 20, 2006                                      Respectfully submitted,

/s/ Shereen J. Charlick
/s/ Steven D. Demik
Shereen J. Charlick (Cal. Bar No. 147533)
Steven D. Demik (Cal. Bar No. 221167)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I, Shereen J. Charlick, hereby certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C.  20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C.  20530
>
> Terry Marcus Henry, Esq., Senior Trial Attorney
> U.S. Department of Justice
> P.O. Box 883
> 20 Massachusetts Ave., NW, Suite 7144
> Washington, DC 20044

This 20th day of July, 2006.

>                   /s/ Shereen J. Charlick
>                   Counsel for Petitioner