IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

**MOHABAT KHAN,**
  Petitioner,

    *v.*

**GEORGE W. BUSH,** *et al.*,
  Respondents.

Civil Case No: 05-cv-01010 (RJL)

## **ORDER**

Upon consideration of Petitioner's Motion For Enlargement of Time, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Petitioner's Opposition to the Respondents' Motions for Procedures and Notice Regarding Jurisdiction shall be filed by no later than August 11, 2006.

**SO ORDERED**, this _____ day of _____, 2006.

_____
**RICHARD J. LEON**
UNITED STATES DISTRICT JUDGE