**FILED**

**AUG 2 8 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Boumediene, et al. v. Bush, et al. | ) | Case No. 04cv1166 (RJL) |
| Sliti, et al. v. Bush, et al. | ) | Case No. 05cv429 (RJL) |
| Kabir, et al. v. Bush, et al. | ) | Case No. 05cv431 (RJL) |
| Al-Oshan, et al. v. Bush, et al. | ) | Case No. 05cv533 (RJL) |
| Mammar v. Bush, et al. | ) | Case No. 05cv573 (RJL) |
| Al-Sharekh, et al. v. Bush, et al. | ) | Case No. 05cv583 (RJL) |
| Al Hamamy, et al. v. Bush, et al. | ) | Case No. 05cv766 (RJL) |
| Hamoodah v. Bush, et al. | ) | Case No. 05cv795 (RJL) |
| Khan v. Bush, et al. | ) | Case No. 05cv1010 (RJL) |
| Al Ginco v. Bush, et al. | ) | Case No. 05cv1310 (RJL) |
| Ghazy, et al. v. Bush, et al. | ) | Case No. 05cv2223 (RJL) |
| Rimi, et al. v. Bush, et al. | ) | Case No. 05cv2427 (RJL) |
| Rumi, et al. v. Bush, et al. | ) | Case No. 06cv619 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this

**28** day of August 2006, hereby

**ORDERED** that Respondents' Motion for Procedures Related to Review of Certain

Detainee Materials and Request for Expedited Briefing, filed in each of the above-captioned

cases, *see Boumediene v. Bush*, No. 04cv1166 (Dkt. No. 91); *Sliti v. Bush*, No. 05cv429 (Dkt.

No. 48); *Kabir v. Bush*, No. 05cv431 (Dkt. No. 24); *Al-Oshan v. Bush*, No. 05cv533 (Dkt.

No. 10); *Mammar v. Bush*, No. 05cv573 (Dkt. No. 23); *Al-Sharekh v. Bush*, No. 05cv583 (Dkt. No. 13); *Hamamy v. Bush*, No. 05cv766 (Dkt. No. 16); *Hamoodah v. Bush*, No. 05cv795 (Dkt. No. 17); *Khan v. Bush*, No. 05cv1010 (Dkt. No. 33); *Al Ginco v. Bush*, No. 05cv1310 (Dkt. No. 20); *Ghazy v. Bush*, No. 05cv2223 (Dkt. No. 9); *Rimi v. Bush*, No. 05cv2427 (Dkt. No. 4); *Rumi v. Bush*, No. 06cv619 (Dkt. No. 2), is DENIED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge