IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHABAT KHAN,** | ) |
| *Petitioner*, | ) |
| v. | ) CIVIL ACTION NO. 05-CV-01010 (RJL) |
| **GEORGE W. BUSH,** *et al.* | ) |
| *Respondents* | ) |

## [PROPOSED] ORDER

Having considered the New York City Bar Association's motion to be granted leave to appear as Amicus Curiae, and to file a brief, it is hereby:

ORDERED that the New York City Bar Association is GRANTED permission to file its brief.


Dated this ___ day of ____, 2006

_____
Richard J. Leon
United States District Judge