IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHABAT KHAN, </br></br>　　　　*Petitioner,* </br></br>　v. </br></br> GEORGE W. BUSH, *et al.*, </br></br>　　　　*Respondents.* | CIVIL ACTION NO. 05-CV-01010 (RJL) </br></br> **ORDER** |

THIS MATTER having come before the Court on a motion for admission pro hac vice of visiting attorney Natalie Kabasakalian, Esq., for the purpose of this case only, and the Court having reviewed the motion and papers submitted therewith, the Court finds that the requirements for admission set forth in Local Rule 83.2(d) have been met and the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated this ___ day of August, 2006.

　

_____
Richard J. Leon
United States District Judge

655070 v1
[8/22/2006 20:55]