IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOHABAT KHAN,** | ) | |
| Guantánamo Bay Naval Station, | ) | |
| Guantánamo Bay, Cuba | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Case No. **05-CV-01010 (RJL**) |
| **GEORGE W. BUSH** | ) | |
| President of the United States | ) | |
| The White House | ) | JUDGE RICHARD J. LEON |
| 1600 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20500; | ) | |
| | ) | |
| **DONALD RUMSFELD** | ) | **MOTION SEEKING** |
| Secretary, United States | ) | **CLARIFICATION** |
| Department of Defense | ) | |
| 1000 Defense Pentagon | ) | |
| Washington, D.C. 20301; | ) | |
| | ) | |
| **ARMY BRIG. GEN. JAY HOOD** | ) | |
| Commander, Joint Task Force - GTMO | ) | |
| JTF-GTMO | ) | |
| APO AE 09360; and | ) | |
| | ) | |
| **ARMY COL. MIKE BUMGARNER** | ) | |
| Commander, Joint Detention | ) | |
| Operations Group, JTF - GTMO | ) | |
| JTF-GTMO | ) | |
| APO AE 09360 | ) | |
| Respondents. | ) | |
| | ) | |

   Petitioner, Mohabat Khan, through undersigned counsel, respectfully files this Motion

seeking clarification that the Court's August 28, 2006, Order and Memorandum Opinion denying

1

the Respondent's Motion For Procedures as to Petitioners such as Mr. Khan "because it does not have any basis to act under the circumstances with which it is presented in the four cases where the Protective Order has not been entered," August 28, 2006 Memorandum Opinion at 3 ("Mem. Op.") at 3, is also a denial of Petitioner Khan's and the similarly-situated petitioners' requests for entry of the protective order.  Though the Court's order did not explicitly mention Petitioner's request, the subjects of entry of the protective order, the pending motions seeking its entry and renewal of those requests were discussed at the August 16, 2006, oral argument.  Additionally, whether the protective order is entered in a particular case, as recognized by the Court in its August 28, 2006 order, is related to the issues surrounding the Respondent's Motion for Procedures.

It appears, based upon passages contained in the August 28, 2006, Memorandum that the Court was also denying the Petitioner's motion seeking entry of the protective order, but in the absence of an explicit statement, Petitioner Khan and the similarly-situated petitioners request a ruling on this pending motion.[1]

Petitioner Khan has had a motion seeking entry of the protective order fully briefed and pending since April 11, 2006. Court Record ("CR") 27, 28 & 30.  He filed a supplemental motion seeking entry of the protective order on May 15, 2006, which also remains pending.  CR 31.  In connection with briefing regarding the Respondents' Motion For Procedures, the subject of the August 28, 2006 order, he renewed his prior request for entry of the protective order.  CR 38 (petitioner's opposition contains request for entry of protective order in caption); *see also* CR 38

---

[1] Of course, Petitioner may have misread the Court's intentions in the August 28, 2006 decision and he would welcome a decision granting his motion and entering the protective order.

at 2 ("Because as even Respondents must believe by virtue of their request for action in this case by this Court, there is jurisdiction, Mr. Khan renews his request that the Protective Order be entered in this case"); CR 38 at 26-28 (substantive section discussing necessity and authority for entry of protective order).

At oral argument on August 16, 2006, undersigned explicitly moved this Court to enter the protective order. August 16, 2006 Transcript ("Tr.") at 30 ("you would have authority to impose another remedial matter and bring all these cases into uniformity, which would be to enter the Protective Order . . . ."); Tr. 32 ("you have jurisdiction after *Hamdan* . . . [to] enter the protective order . . . ."); *see also* Tr. at 34 (Respondents' concession that Court has authority to lift stay and afford the requested relief); Tr. at 82 (court has authority to lift stay for limited purpose of entering protective order).

It is also noteworthy that on August 18, 2006, in *Al-Asadi v. Bush*, 05-cv-2197, Judge Kennedy granted another petitioner's motion seeking entry of the protective order in spite of the issues pending in front of the Court of Appeals. *See id*. at DE 32 (attached as Exhibit A).[2]

---

[2] Consistent with Judge Kennedy's order entered in the case of Mr. Al-Asadi, there are 30 other instances of district courts of this district exercising judicial authority and entering the protective order **subsequent** to passage of the Detainee Treatment Act of 2005 ("DTA").

Al-Sopai v. Bush, 05-cv-1667 (D.D.C., Jan. 4, 2006) (Walton)
Khiali-Gul v. Bush, 05-cv-877 (D.D.C., Jan. 6, 2006) (Robertson)
Bostan v. Bush, 05-cv-883 (D.D.C., Jan. 9, 2006) (Walton)
Mohammad v. Bush, 05-cv-879 (D.D.C., Jan. 9, 2006) (Walton)
Wahab v. Bush, 05-cv-886 (D.D.C., Jan. 10. 2006) (Sullivan)
Labed Ahmed v. Bush, 05-cv-1234 (D.D.C., Mar. 2, 2006) (Sullivan)
Almerfedi v. Bush, 05-cv-1645 (D.D.C., Mar. 6, 2006) (Friedman)
Razakah v. Bush, 05-cv-2370 (D.D.C., Mar. 17, 2006) (Sullivan)
Thabid v. Bush, 05-cv-2398 (D.D.C., Mar. 21, 2006) (Huvelle)
Ahmed v. Bush, 05cv1234 (D.D.C., Mar. 21, 2006) (Sullivan)
Awad v. Bush, 05-cv-2379, (D.D.C. Apr. 11, 2006) (Robertson)

While all similarly-situated petitioners seek entry of the protective order, Petitioner Khan, in particular, requires a ruling on this pending motion as his counsel of record has officially sought permission from Respondents to visit Mr. Al-Asadi, arriving at Guantanamo on October 23, 2006. Respondents' counsel advised that those dates appeared available. Undersigned is presently making (costly and difficult) travel arrangements. If the protective order is not entered in this case in time for this visit, it may necessitate a second visit, at taxpayer expense, from San Diego to Guantanamo Bay, Cuba, solely to visit Mr. Khan.

Although the August 28, 2006, order did not explicitly state that it was granting or denying the request for entry of the protective order, the passage noting that the Court "does not have any basis to act under the circumstances with which it is presented in the four where the Protective Order has not been entered" suggests that the Court does not believe it has jurisdiction

---

Al Shareef v. Bush, 05-cv-2458 (D.D.C., Apr. 12, 2006) (Roberts)
Alsaaei v. Bush, 05-cv-2369 (D.D.C., Apr. 12, 2006) (Roberts)
Said v. Bush, 05-cv-2384 (D.D.C., Apr. 12, 2006) (Roberts)
Zadran v. Bush, 05-cv-2367 (D.D.C., Apr. 12, 2006) (Roberts)
Al Salami v. Bush, 05-cv-2452 (D.D.C. Apr. 14, 2006) (Friedman)
Faizullah v. Bush, 05-cv-01489 (D.D.C. April 21, 2006) (Urbina)
Sohail v. Bush, 05-cv-00993 (D.D.C. April 21, 2006) (Urbina)
Al-Ghizzawi v. Bush, 05-cv-02378 (D.D.C., June 2, 2006) (Bates)
Amon v. Bush, 05-cv-1493 (D.D.C., June 6, 2006) (Walton)
Nasrullah v. Bush, 05-cv-00891 (D.D.C., June 12, 2006) (Walton)
Al-Khalaqi v. Bush, 05-cv-999 (D.D.C., June 15, 2006) (Walton)
Mohammon v. Bush, 05-cv-2386 (D.D.C., June 27, 2006) (Walton)
Haleem v. Bush, 05-cv-2376 (D.D.C., June 30, 2006) (Walton)
Al Darby v. Bush, 05-cv-2371 (D.D.C., July 3, 2006) (Lamberth)
Al Harbi v. Bush, 05-cv-2479 (D.D.C., July 5, 2006) (Kennedy)
Qasim v. Bush, 05-cv-1779 (D.D.C., July 20, 2006) (Bates)
Muhibullah v. Bush, 05-cv-884 (D.D.C., Aug. 1, 2006) (Collyer)
Nabil v. Bush, 05-cv-1504 (D.D.C., Aug. 1, 2006) (Collyer)
Aboassy et al v. Bush, 05-cv-0748 (.D.D.C., Aug. 1, 2006) (Collyer)

to grant the relief sought.  Mem. Op. at 3.  While Petitioner disagrees, he requires clarification that the August 28, 2006, Order denying the Respondent's Motion For Procedures for the above reason, is also a denial of his motion seeking entry of the protective order.  Of course, if the Court intended to grant his renewed request for entry of the protective order, Mr. Khan would welcome such a ruling.

                                      Respectfully submitted,

                                      /s/

**SHEREEN J. CHARLICK
(CA147533)**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 685-3707