UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED ALI AL-ASADI, et al.,<br><br>   Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents/Defendants. | Civil Action 05-02197 (HHK) |

ORDER

Before the court is petitioners' "Motion Seeking Entry of the Protective Order and Seeking Status Conference or Hearing on Motion" (Dkt. #22). Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 18th day of August, 2006, hereby

**ORDERED,** that petitioners' "Motion Seeking Entry of the Protective Order and Seeking Status Conference or Hearing on Motion" (Dkt. #22) is **GRANTED**; and it is further

**ORDERED,** that the following orders, entered in *In re Guantanamo Detainee Cases*, Civ. Nos. 02-0299, 02-0828, 02-1130, 04-1135, 04-1136, 04-1137, 04-1144, 04-1164, 04-1194, 04-1227, 04-1254, 04-1897 (D.D.C., J. Green), are hereby incorporated by reference: "Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba," dated November 8, 2004; "Order Addressing Designation Procedures for 'Protected Information,'" dated November 10, 2004; and "Order

Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order," dated December 13, 2004.

                                          Henry H. Kennedy, Jr.
                                          United States District Judge