IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHABAT KHAN, )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* )<br><br>Respondents. ) | Civil Action No. 05-CV-1010 (RJL) |
| MOHAMMED RAJEB ABU GHANEM, )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* )<br><br>Respondents. ) | Civil Action No. 05-CV-1638 (CKK) |
| ABDUL HAMID ABDUL SALAM<br>AL-GHIZZAWI, )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH, *et al.*, )<br><br>Respondents. ) | Civil Action No. 05-2378 (JDB) |

**RESPONDENTS' RESPONSE TO MOTION OF
THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK
FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PETITIONERS**

Respondents take no position regarding the September 1, 2006 motion of the Association

of the Bar of the City of New York in the above-captioned cases for leave to file an *amicus* brief

in support of petitioners with regard to respondents' July 7, 2006 Motion for Procedures Related

to Review of Certain Detainee Materials, except to note that respondents' motion has already

been briefed and submitted to the Court for determination and, in *Khan v. Bush*, No. 05-CV-1010

(RJL), respondents' motion has already been decided.  *See Khan*, Memorandum Opinion and

Order of Aug. 28, 2006 (dkt. nos. 42, 43).

Dated: September 14, 2006              Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      DOUGLAS N. LETTER
                                      Terrorism Litigation Counsel

                                      ___/s/ Terry M. Henry_____
                                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                                      TERRY M. HENRY
                                      JAMES J. SCHWARTZ
                                      PREEYA M. NORONHA
                                      ROBERT J. KATERBERG
                                      ANDREW I. WARDEN
                                      NICHOLAS J. PATTERSON
                                      EDWARD H. WHITE
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Ave., N.W.
                                      Washington, DC  20530
                                      Tel:  (202) 514-4107
                                      Fax:  (202) 616-8470

                                      Attorneys for Respondents