IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Al-Oshan v. Bush | ) | Case No. 05-CV-0533 (RJL) |
| Al-Sharekh v. Bush | ) | Case No. 05-CV-0583 (RJL) |
| Hamoodah v. Bush | ) | Case No. 05-CV-795 (RJL) |
| Khan v. Bush | ) | Case No. 05-CV-1010 (RJL) |
| Rimi v. Bush | ) | Case No. 05-CV-2427 (RJL) |
| Nasser v. Bush | ) | Case No. 06-CV-1676 (RJL) |
| Ismatullah v. Bush | ) | Case No. 06-CV-1682 (RJL) |

_____

**STATUS REPORT IN RESPONSE TO COURT'S JULY 3, 2008 ORDER**

Pursuant to the Court's July 3, 2008 Order, respondents hereby submit the following status report with respect to the above-captioned Guantanamo Bay habeas corpus cases:

1. The petitioners in the above-captioned cases are no longer detained at Guantanamo Bay. The United States has relinquished custody of petitioners and transferred them to the custody of other governments, consistent with the policies and practices pertaining to such transfers as outlined in the attached declarations of Ambassador Clint Williamson and Deputy Assistant Secretary of Defense for Detainee Affairs Sandra Hodgkinson.

2. In light of petitioners' release from United States custody, the above-captioned habeas cases should be dismissed as moot.[1]

---

[1] Two of the above-captioned cases were dismissed previously. *See Nasser v. Bush*, 06-CV-1676 (RJL) (dkt. no. 3) (notice of voluntarily dismissal pursuant to Fed. R. Civ. P. 41(a)(1)); *Ismatullah v. Bush*, Case No. 06-CV-1682 (RJL) (dkt. no. 12) (final judgment dismissing case).

Dated: July 14, 2008                           Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents