## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF COLUMBIA

_____
                                              )

**MOHABAT KHAN**                                  )
Guantánamo Bay Naval Station,            )
Guantánamo Bay, Cuba                  )
           Petitioner                )
                                         )

        v.                       )
                                       )    Civil Action No:  05-cv-1010 (RJL)

**GEORGE W. BUSH**                     )
      President of the United States     )
      The White House               )
      1600 Pennsylvania Avenue, N.W.  )
      Washington, D.C. 20500;       )
                                         )

**ROBERT M. GATES**                   )
      Secretary, United States         )
      Department of Defense         )
      1000 Defense Pentagon        )
      Washington, D.C. 20301;       )
                                         )

**ARMY BRIG. GEN. JAY HOOD**     )
      Commander, Joint Task Force - GTMO  )
      APO AE 09360; and           )
                                         )

**ARMY COL. MIKE BUMGARNER**   )
      Commander, Joint Detention     )
      Operations Group - JTF-GTMO    )
      APO AE 09360,             )
                                         )

          Respondents            )
_____)

## PETITIONER'S STATUS REPORT IN RESPONSE TO COURT'S JULY 3, 2008 ORDER

      According to Respondent's correspondence and filings, Petitioner is no longer detained at

Guantanamo Bay, Cuba.  On October 24, 2006, Respondent notified this Court that it

relinquished custody of Mr. Khan.  In today's status report, it states that this transfer was

consistent with general policies and procedures set forth in declarations attached to its status

report.  These declarations set forth general procedures but do not recount what specifically

happened to Mr. Khan.

      Petitioner, through counsel, does wish further information to verify that Mr. Khan was

indeed released to his native country of Afghanistan, that he was actually released and not

transferred into further custody. Alternatively, if he was transferred elsewhere or detained in

another country, Petitioner's counsel seeks to know where he was transferred to, and for what

length of time.  If he was confined in Afghanistan for anything but brief periods of processing by

that country, undersigned counsel seeks further information about the information communicated

to Afghanistan (or whatever country he was "released" to) regarding the reasons for or need to

further detain Mr. Khan. Undersigned counsel also seeks information regarding the conditions of

confinement to ensure that the statements set forth in the declarations attached to Respondent's

status report were complied with and that Mr. Khan was not subject to torture or any other

conditions of confinement which violate United States and/or international laws.[1]

      Finally, because undersigned counsel have not been able to ensure that Petitioner did not

suffer collateral consequences as a result of his prolonged detention in Guantanamo Bay, she

seeks any forwarding information regarding Mr. Khan if Respondents have any such information.

                          Respectfully submitted,


Dated:  July 14, 2008                  */s/ Shereen J. Charlick*
                                        SHEREEN J. CHARLICK
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail: Shereen_Charlick@fd.org

---

  [1] On December 5, 2005, Petitioner sought 30-days advance notice of any transfer from
Guantanamo Bay so that he could ensure that any transfer would not cause him harm but this
motion was never ruled upon.