UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SLITI v. BUSH** | ) | **Civil Case No. 05-0429 (RJL)** |
| **HAMOODAH v. BUSH** | ) | **Civil Case No. 05-0795 (RJL)** |
| **KHAN v. BUSH** | ) | **Civil Case No. 05-1010 (RJL)** |
| **RIMI v. BUSH** | ) | **Civil Case No. 05-2427 (RJL)** |

**NOTICE OF FILING OF SUPPLEMENTAL CONSOLIDATED CLASSIFIED MEMORANDUM IN CONTINUED SUPPORT OF THEIR PETITIONS FOR WRITS OF HABEAS CORPUS**

As required by the Amended Protective Order in this matter, undersigned counsel hereby give notice that on August 12, 2008, a copy of Petitioners' Supplemental Consolidated Classified Memorandum in Continued Support of Their Petitions for Writs of Habeas Corpus was submitted under seal to the Court Security Office for filing and classification review for public filing.

The Petitioners' Supplemental Consolidated Classified Memorandum in Continued Support of Their Petitions for Writs of Habeas Corpus will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

11115726.1

Dated: August 12, 2008  Respectfully submitted,

/s/ Brian M. Childs
W. Scott O'Connell
Brian M. Childs
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000 (tel)
(617) 345-1300 (fax)
bchilds@nixonpeabody.com
*Counsel for Petitioner Rimi*

/s/ Kevin G. Boris
Kevin G. Boris
Louis A. Ruprecht
RUPRECHT, HART, & WEEKS LLP
306 Main Street
Millburn, NJ 07041
(973) 379-2400 (tel)
(973) 379-2446 (fax)
kboris@rhwlawfirm.com
*Counsel for Petitioner Hamoodah*

/s/ Stephen Demick
Shereen J. Charlick
Stephen Demick
FEDERAL DEFENDERS
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Shereen_Charlick@fd.org
*Counsel for Petitioner Khan*

/s/ Zachary Katznelson
Zachary Katznelson
Cori Crider
REPRIEVE
P.O. Box 52742
22 Tudor Street
London, UK EC4Y 0AY
011 44 207 353 4640 (tel)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk
*Counsel for Petitioner Abdullah*

*Of Counsel*
Shayana D. Kadidal (D.C. Bar No. 454248)
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439 (tel)
(212) 614-6499 (fax)