# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.* | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-1220 (RMU) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al* | ) |
| | ) |
| Respondents. | ) |
| | ) |

## DECLARATION OF CLIVE A. STAFFORD SMITH
Pursuant to 28 U.S.C. § 1746

COMES NOW, CLIVE A. STAFFORD SMITH, and states as follows under the penalty of perjury:

1.    I am a lawyer qualified in various jurisdictions in the U.S., and I currently act as legal director of the London-based charity *Reprieve*. I have been involved in the representation of prisoners in Guantánamo Bay for the past five years. Along with my colleagues, I represent a large number of prisoners directly, and assist with the cases of a number of other prisoners.

2.    One person who I represent is Sami al Haj (ISN 345), an employee of the Al Jazeera television channel. I have found Mr. al Haj to be a reliable informant on the various matters relevant to representing our clients.

3.    On March 1, 2007, I met with Mr. al Haj in Guantánamo Bay. I had to then submit my notes for classification review through the system established by the protective order. The information below was cleared through that process.

1

4.    Mr. al Haj told me about the return of Muhammad Al Rimi (ISN 194) to Libya. Mr. al Rimi had previously talked with Libyan agents who had come to Guantánamo Bay to meet with all the Libyan prisoners. At that time, one of them had told him: "We have good relations with the U.S. We will take you back to Libya and deal with you." They apparently spelled out what they meant by this. They threatened to torture him, and perhaps even kill him.

5.    According to Mr. al Haj, Mr. al Rimi was very afraid of being returned to Libya, and he told the people around him and the U.S. authorities that he absolutely did not want to go, and wanted to claim asylum. However, he was forced to go against his will when the Libyan agents came to Guantánamo Bay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Done this 10th day of April, 2007.

CLIVE A. STAFFORD SMITH

2