UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
| | | |
|---|---|---|
| MOHABAT KHAN, | ) | Civil Case No. 05-1010 (RJL) |
|  | ) |  |
| Petitioner, | ) |  |
|  | ) | MOTION REQUESTING |
| v. | ) | PERMISSION TO FILE |
|  | ) | PETITIONER'S |
|  | ) | CONSOLIDATED RESPONSE |
|  | ) | OF TRANSFERRED PRISONERS |
| GEORGE W. BUSH, | ) | ONE DAY LATE |
|  | ) |  |
| Defendant-Appellant. | ) | TOGETHER WITH |
| _____ | ) | DECLARATION OF COUNSEL |

Petitioner Mohabat Khan requests the Court's permission to file his response one day late for the reasons set forth in the attached declaration of co-counsel, Ms. Shereen J. Charlick.

Respectfully submitted,

Dated: August 20, 2008         /s/ Shereen J. Charlick
**SHEREEN J. CHARLICK**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
MOHABAT KHAN,                )   Civil Case No. 05-1010 (RJL)
                             )
         Petitioner,         )
                             )
v.                           )
                             )
                             )   DECLARATION OF COUNSEL
                             )
GEORGE W. BUSH,              )
                             )
         Defendant-Appellant.)
_____)

I, SHEREEN J. CHARLICK, being duly sworn, depose and say:

1.  I am an attorney duly licensed to practice law in the State of California and in the United States District Court for the Southern District of California and the United States Court of Appeals for the Ninth Circuit and District of Columbia.

2.  I am an employee of Federal Defenders of San Diego, Inc., and in such capacity was appointed by the United States District Court to represent the Petitioner Mohabat Khan.

3.  While the brief was prepared as a joint effort, undersigned counsel did not receive it until approximately 7:30 p.m. PST on the date it was due. Undersigned counsel had erroneously believed that co-counsel who was out of the office on investigation was filing the document.

4. When undersigned realized that the document had not been filed, she and her legal assistant attempted to have the document filed from outside the office but was unable to have PACER accessed in order to do so.

5. Thus, on August 20, 2008, she had the document filed with this request.

                              */s/ Shereen J. Charlick*
                              SHEREEN J. CHARLICK
                              Declarant